SEALED

FILED
JUL 10 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2018
JULY 10, 2018 SESSION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:18-cr-00146

18 U.S.C. § 2119
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(c)(1)(B)(ii)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
18 U.S.C. § 922(j)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 922(o)

JUSTIN MICHAEL WILSON

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about January 11, 2018, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia, defendant JUSTIN MICHAEL WILSON, with the intent to cause death and serious bodily harm, did knowingly take a motor vehicle that had been transported, shipped, and received in interstate commerce and foreign commerce, from the person and presence of another by force and violence and by intimidation.

In violation of Title 18, United States Code, Section 2119.

**COUNT TWO**

On or about January 11, 2018, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia, defendant JUSTIN MICHAEL WILSON, did knowingly use, carry, and brandish a firearm, that is, a DPMS, model A-15, .223 caliber machinegun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, he took a motor vehicle from the person of another by force, violence and intimidation with intent to cause death and serious bodily injury in violation of 18 U.S.C. § 2119.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and (B)(ii).

**COUNT THREE**

On or about January 11, 2018, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia, defendant JUSTIN MICHAEL WILSON, knowingly possessed a firearm, as defined in 26 U.S.C. § 5845(a), that is, a DPMS, model A-15, .223 caliber machinegun, which was not registered to him in the National Firearms Registration and Transfer Record as required by 26 U.S.C. § 5841.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

**COUNT FOUR**

On or about January 11, 2018, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia, defendant JUSTIN MICHAEL WILSON, knowingly possessed a firearm, that is, a DPMS, model A-15, .223 caliber machinegun, which had been shipped and transported in interstate commerce and which defendant JUSTIN MICHAEL WILSON knew and had reasonable cause to believe had been stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

**COUNT FIVE**

On or about January 11, 2018, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia, defendant JUSTIN MICHAEL WILSON, knowingly possessed a DPMS, model A-15, .223 caliber machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**FORFEITURE**

In accordance with 28 U.S.C. § 2461(c), 26 U.S.C. § 5872, 18 U.S.C. § 924(d)(1), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant JUSTIN MICHAEL WILSON of a knowing violation of Title 18, United States Code, Sections 2119, 924(c)(1)(A) and (B)(ii), 5861(d) and 5871, 922(j) and 924(a)(2), or 922(o) and 924(a)(2) as set forth in this Indictment, defendant shall forfeit to the United States any firearm or ammunition involved in or used in such firearms offense including, but not limited to the following firearm seized by the West Virginia State Police on or about January 11, 2018: a DPMS, model A-15, .223 caliber machinegun, serial number FFH163972.

MICHAEL B. STUART
United States Attorney

By: ______________________________
JOSEPH F. ADAMS
Assistant United States Attorney