**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JUSTIN MICHAEL WILSON,

Movant,

v. CASE NO. 3:22-0077
CASE NO. 3:18-00146

UNITED STATES OF AMERICA,

Respondent.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order, the Court the Court **ADOPTS** and **INCORPORATES** the Magistrate Judge's Proposed Findings and Recommendation, **DENIES** Movant's objections, **DISMISSES** the Petition for Writ of Habeas Corpus made pursuant to 28 U.S.C. § 2255, and **ORDERS** this case dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Honorable Dwane L Tinsley, United States Magistrate Judge, counsel of record, and any unrepresented parties.

ENTER: January 30, 2025

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE